FILED
HARRISBURG

MAY 2 5 2006

MARY E. D'ANDREA, CLERK
Per_____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
8201 GREENSBORO DRIVE, STE. 350
MCLEAN, VA 22102

PLAINTIFF

v.

KELLY J. COUGHLAN A/K/A KELLY J. MULLINGS
500 MARSHALL STREET, APT. 209
PHILLIPSBURG, NJ 08865
ERIC D. COUGHLAN
1 RR3 BOX 3300A B
SAYLORSBURG, PA 18353

DEFENDANT(S)

CIVIL ACTION

No.: 1: 06-CV-00458

Complaint Filed: February 17, 2006

Judge Yvette Kane

ORDER OF JUDGMENT BY DEFAULT

AND NOW, this __25th__ day of __May__, 2006, upon consideration of the entry of a default, it is ORDERED that a judgment is entered in favor of Plaintiff, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and against KELLY J. COUGHLAN A/K/A KELLY J. MULLINGS and ERIC D. COUGHLAN, Defendant, in the sum of $181,314.98 as of May 3, 2006, plus interest, attorneys fees, costs, advances, and all other related fee and expenses until paid in full, to which Plaintiff is entitled from Defendant pursuant to the subject note/mortgage obligation;

It is also ordered that the interest which Defendant has in the subject property be sold at Marshal's sale and that all amounts owed by Defendant to Plaintiff under the subject note/mortgage obligation be paid out of the proceeds of such sale;

It is further ordered that, if the proceeds of such sale of the subject property exceed the sum of money owed by Defendant to Plaintiff any such excess shall be deposited with the Clerk of the Court, subject to further order.

s/Yvette Kane
_____
J.